1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   MARINA WEAHUNT,                    No. 2:10-cv-02122-MCE-KJM

12           Plaintiff,

13       v.                            MEMORANDUM AND ORDER

14   MORTGAGEIT INC.,

15           Defendant.

16                          ----oo0oo----

17

18       This action arises out of a mortgage loan transaction in

19   which Plaintiff Marina Weahunt ("Plaintiff") refinanced property

20   at 3004 Aberdeen Lane, El Dorado Hills, CA 95762.  Presently

21   before the Court is Plaintiff's *ex parte* application for a

22   Temporary Restraining Order ("TRO") and Preliminary Injunction[1],

23   pursuant to Federal Rule of Civil Procedure 65, to enjoin

24   Defendant MortgageIt, Inc. ("Defendant") from executing a

25   foreclosure sale of her home.

26   _____

27       [1] The Court notes that Plaintiff's "Petition for Temporary
     Injunction," also makes reference to the need for a preliminary
     injunction.  Accordingly, the Court will address Plaintiff's
28   Petition as having requested both forms of injunctive relief.

1    Pursuant to Local Rule 231(a) "[e]xcept in the most
2    extraordinary of circumstances, no temporary restraining order
3    shall be granted in the absence of actual notice to the affected
4    party and/or counsel, by telephone or other means, or a
5    sufficient showing of efforts made to provide notice."  Moreover,
6    Federal Rule of Civil Procedure 65(b) mandates that the Court may
7    not issue a TRO without notice to the adverse party unless:

8        "a)   specific facts in an affidavit or verified
         complaint clearly show that immediate and irreparable
9        injury, loss, or damage will result to the movant
         before the adverse party can be heard in opposition;
10       **and**
         b)    the movant's attorney certifies in writing any
11       efforts made to give notice and the reasons why it
         should not be required."
12

13   Fed. R. Civ. P. 65(b)(emphasis added).  Issuance of a Preliminary
14   Injunction requires actual notice to the adverse party.  Fed. R.
15   Civ. P. 65(a).

16   Plaintiff has failed to indicate any efforts made to provide
17   notice to Defendant.  Rather, the TRO Checklist completed by
18   Plaintiff (Docket No. 7) specifically acknowledges that there has
19   been no actual notice nor efforts to provide notice to the
20   Defendant and, at best, states that "[Plaintiff is] going to
21   notify Defendant," at some unspecified point in the future.  This
22   is insufficient to meet the mandates of Local Rules and the
23   Federal Rules of Civil Procedure.  The Court cannot, on these
24   grounds, provide Plaintiff the relief requested.
25   ///
26   ///
27   ///
28   ///

2

1    Additionally, Plaintiff's pleading fails to provide the date
2 and time of the expected trustee's sale of her home.  As a
3 procedural matter, it is not possible for the Court to enjoin an
4 event which, within the Court's knowledge, is not yet scheduled
5 to occur.  Plaintiff can not be said to have met her burden of
6 showing *immediate* irreparable harm, when the immediacy of the
7 harm not been definitively alleged.

8    Given Plaintiff's failure to provide any notice whatsoever
9 to Defendant, or to provide the Court with the date and time of
10 the foreclosure sale, Plaintiff's Application for Temporary
11 Restraining Order is DENIED without prejudice.  To the extent
12 that Plaintiff intended her request for relief to also constitute
13 a Motion for Preliminary Injunction, it is also DENIED without
14 prejudice.

15    IT IS SO ORDERED.

16
   Dated: August 10, 2010
17
18                                                          _____
19                                         MORRISON C. ENGLAND, JR.
                                           UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28

                                    3