AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:10-CV-02122-MCE-KJM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

**FILED**
AUG 20 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

This summons for *(name of individual and title, if any)* Mortgageit, Inc
was received by me on *(date)* 08/12/2010.

☐ I personally served the summons on the individual at *(place)* 60 Wall Street, First Floor, in the County of New York, City of New York, State of New York 10005 on *(date)* 08/13/2010 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Krias Kwong, who is designated by law to accept service of process on behalf of *(name of organization)* Mortgageit, Inc on *(date)* 08/13/2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 125.00 for travel and $ 0.00 for services, for a total of $ 125.00.

I declare under penalty of perjury that this information is true.

Date: 08/14/2010

*Server's signature*

Damaris de los Santos, New York Process Server #1223225
*Printed name and title*

54 Bristol Street, Suite 7F
Brooklyn, New York 11212

*Server's address*

Additional information regarding attempted service, etc:

1- Service was attempted on 08/13/10 at 33 Maiden Lane, New York, NY 10038 where I was informed by security desk that Defendant would not accept process at said location.
2- In addition to the summons, the following documents were also served in person at 60 Wall St., 1st Floor, New York, NY 10005 on 08/13/10: Complaint, Order Setting Status Conference, Petition for Temporary Injunction, Original Petition and Petition for Restraining Order



**subpoenadelivery.com**
Process Service in New York
**Damaris de los Santos**
Licensed NY Process Server

Superior Services JD, Inc.
54 Bristol St. # 7F
Brooklyn, NY 11212
Phone: 718-277-2968
Fax:    347-295-0244
TakeHimToCourt@aol.com
Service of court papers $75.00



## subpoenadelivery.com
### Superior Services JD, Inc. Licensed Process Servers
54 Bristol St. # 7F, Brooklyn NY 11212
Tel. 718-277-2968  Fax 347-295-0244

August 14, 2010

To: Marina Weahunt

Re: Service of process on Mortgageit, Inc (2:10-CV-02122-MCE-KJM)

Dear Ms. Weahunt:

Service of process was effected on the above listed Respondent in regard to the case listed above. Enclosed is proof of service (One service return). Please review the enclosed affidavit to ensure that it meets your Court requirements. You must bring the enclosed proof of service to the corresponding Court Clerk.

We have received the amount of $125.00 as payment in full for the above Rush service of process. Thank you.

It has been a pleasure being of service to you. Please do not hesitate to contact us if you need New York process service again. We thank you for using our licensed process service.

Please call us or email us if you have questions about this letter.

Sincerely,


For Superior Services JD, Inc.
Damaris de los Santos
NY Licensed Process Server
www.subpoenadelivery.com
Tel. (718) 277 2968

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
### CIVIL DOCKET FOR CASE #: 2:10-cv-02122-MCE-KJM

(PS) Weahunt v. MortgageIT, Inc.
Assigned to: Judge Morrison C. England, Jr
Referred to: Magistrate Judge Kimberly J. Mueller
Cause: 15:1601 Truth in Lending

Date Filed: 08/09/2010
Jury Demand: None
Nature of Suit: 220 Real Property: Foreclosure
Jurisdiction: Federal Question

**Plaintiff**

Marina Weahunt

represented by Marina Weahunt
P.O. Box 1741
Beverly Hills, CA 90213
866-544-4802
PRO SE

V.

**Defendant**

MortgageIT, Inc.

| Date Filed | # | Docket Text |
|---|---|---|
| 08/10/2010 |   | SERVICE BY MAIL: 8 Order served on Marina Weahunt. (Donati, J) (Entered: 08/10/2010) |
| 08/10/2010 | 8 | ORDER signed by Judge Morrison C. England, Jr on 8/10/10 ORDERING Plaintiffs Application for Temporary Restraining Order is DENIED without prejudice. To the extent that Plaintiff intended her request for relief to also constitutea Motion for Preliminary Injunction, it is also DENIED without prejudice.(Donati, J) (Entered: 08/10/2010) |
| 08/09/2010 | 7 | NOTICE of TRO Checklist by Marina Weahunt re 1 MOTION for TEMPORARY RESTRAINING ORDER. (Matson, R) (Entered: 08/09/2010) |
| 08/09/2010 | 6 | CIVIL NEW CASE DOCUMENTS ISSUED; Initial Scheduling Conference set for 12/1/2010 at 10:00 AM in Courtroom 26 (KJM) before Magistrate Judge Kimberly J. Mueller. (Attachments: # 1 Consent Form) (Matson, R) (Entered: 08/09/2010) |
| 08/09/2010 | 5 | SUMMONS ISSUED as to *MortgageIT, Inc.* with answer to complaint due within *21* days. Attorney *Marina Weahunt* *P.O. Box 1741* *Beverly Hills, CA 90213*. (Matson, R) (Entered: 08/09/2010) |
| 08/09/2010 |   | RECEIPT number #CAE200028629 $350.00 fbo Marina Weahunt by El Dorado Real Properties on 8/9/2010. (Matson, R) (Entered: 08/09/2010) |
| 08/09/2010 | 4 | MOTION for Restraining Order by Marina Weahunt. (Matson, R) (Entered: 08/09/2010) |
| 08/09/2010 | 3 | CIVIL COVER SHEET by Marina Weahunt (Matson, R) (Entered: 08/09/2010) |
| 08/09/2010 | 2 | PETITION against MortgageIT, Inc. by Marina Weahunt.(Matson, R) (Entered: 08/09/2010) |
| 08/09/2010 | 1 | MOTION for TEMPORARY RESTRAINING ORDER by Marina Weahunt. (Matson, R) (Entered: 08/09/2010) |