**HUGHES & PRITCHARD, LLP**
Gregory J. Hughes  # 071288
Christopher D. Hughes  # 254864
3017 Douglas Boulevard, Suite 300
Roseville, California 95661
Telephone (916) 774-7506
Facsimile (916) 791-1644
hp@hp-llp.com

Attorneys for Accelerated Realty Group, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MARINA L. WEAHUNT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MORTGAGEIT, INC. and DOES 1 through 10, inclusive<br><br>Defendants | Case No.:  2:10-CV-02122-MCE-KJM<br><br>**NOTICE OF HEARING RE MOTION OF ACCELERATED REALTY GROUP TO INTERVENE AND TO EXPUNGE LIS PENDENS**<br><br>**DATE:**  **October 13, 2010**<br>**TIME:**  **10:00 am**<br>**COURTROOM: 26** |

To All Parties:

Please take notice that Accelerated Realty Group, Inc. ("ARG") has filed a motion to intervene in the above-captioned case, and to expunge a lis pendens recorded by Plaintiff against property formerly owned by her, located at 3004 Aberdeen Lane, El Dorado Hills, CA.  ARG has filed an application for an order shortening time for a hearing on its motion; assuming that the application is granted, a hearing on ARG's motions will be held on October 13, 2010, at 10:00 am, before the Honorable Kimberly Mueller, in Courtroom 26 of the U.S. Courthouse, 501 I

- 1

1  Street, Sacramento, CA  95814.  If the Court does not approve a hearing on shortened time, you

2  will be notified of the new hearing date.

3          No written opposition will be necessary unless you are notified that the Court requires

4  written opposition.  However, if you oppose ARG's motion to intervene and to expunge the lis

5  pendens against the property located 3004, Aberdeen Lane, El Dorado Hills, CA, you must

6  attend the hearing on October 13, 2010.

7          The motion will be based on the Declarations of Gregory J. Hughes and Laura Hesse and

8  the exhibits thereto, on the pleadings reflected on the Court's docket, and on the points and

9  authorities cited in the motion.

10

11  Dated: September 28, 2010

12                                                  HUGHES & PRITCHARD, LLP

13

14                                                  By: _____ */s/ Gregory J. Hughes*
                                                    Gregory J. Hughes, Attorney for
15                                                  Accelerated Realty Group

16

17

18

19

20

21

22

23

24

25

26

27

28