**HUGHES & PRITCHARD, LLP**
Gregory J. Hughes  # 071288
Christopher D. Hughes  # 254864
3017 Douglas Boulevard, Suite 300
Roseville, California 95661
Telephone (916) 774-7506
Facsimile (916) 791-1644
hp@hp-llp.com

Attorneys for Accelerated Realty Group, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| MARINA L. WEAHUNT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MORTGAGEIT, INC. and DOES 1 through 10, inclusive<br><br>Defendants | Case No.:  2:10-CV-02122-MCE-KJM<br><br>**DECLARATION OF LAURA HESSE IN SUPPORT OF MOTION OF ACCELERATED REALTY GROUP TO INTERVENE AND TO EXPUNGE LIS PENDENS**<br><br>DATE:           October 13, 2010<br>TIME:           10:00 am<br>COURTROOM:  26 |

I, Laura Hesse, state:

1.     I am a Vice-President of Acquisitions of Accelerated Realty Group, Inc. (ARG). My job is to purchase homes at trustee sales for ARG.   I have personal knowledge of the matters stated herein, and if called upon to testify to such matters, could competently do so.

2.      On August 4, 2010, ARG purchased a property in El Dorado County, California at a trustee sale.  The purchased property ("the Property") is located at 3004 Aberdeen Lane, El Dorado Hills, CA, , A.P.N. 126-440-26-100, and  its legal description is as follows:

- 1

      Lot 200 as shown on the Official Map of "Highland View Unit 5", filed in the office of the County Recorder of said County on November 13, 2000, in Map Book I, Page 81.  A Certificate of Correction was recorded February 26, 2003, as Instrument No. 2003-0018768.

      3.      On August 20, 2010, I received the trustee's deed ("Trustee's Deed") for the Property.  A true and correct copy of the deed is attached hereto as Exhibit A.  As indicated on the Trustee's Deed, it was recorded in El Dorado County on August 20, 2010.  The Trustee's Deed confirms that the trustee sale was held on August 4, 2010.

      4.      Attached as Exhibit B is a true and correct copy of the receipt which ARG received at the time of the trustee sale, showing that ARG paid $536,000 for the Property on August 4, 2010.

      5.      On August 28, 2010, ARG entered into an agreement to sell the Property.  Shortly after the escrow was opened, ARG received a phone call from the Plaintiff, informing us that she had filed a lawsuit against her lender.  In the course of that phone call, the Plaintiff said that she had recorded a lis pendens against the Property.

      6.      ARG obtained a copy of the recorded lis pendens from our title company, who got it, either electronically or physically, from the El Dorado County Recorder's Office.  A true and correct copy of that lis pendens ("Lis Pendens"), executed by the Plaintiff, is attached hereto as Exhibit C.

      7.      At the time of the trustee sale on August 4, 2010, and at all times thereafter, until Plaintiff's phone call to ARG, I was unaware of any problems with the title to the Property, or any claim by the former owner that she had been defrauded.  Nothing was of record on August 4, 2010, when the foreclosure occurred and ARG paid $536,000 for the Property.  To the best of my knowledge, the owner (i.e., Plaintiff) was not at the trustee sale, and no one at the sale made any mention of any problems or claims by the owner.  As far as ARG was concerned, it was a normal foreclosure.

      8.      A true and correct copy of the signed counter-offer for the Property (showing that there is in fact a pending sale) is attached hereto as Exhibit D.  According

to Exhibit D, the closing date for our sale of the Property is scheduled to be between September 25, 2010 and October 6, 2010.  Due to the incorrectly recorded Lis Pendens, ARG will not be able to close escrow by October 6, 2010, and will technically be in violation of the terms of the sale agreement.

9. ARG's buyer of the Property wants to take immediate possession of the Property (i.e., close the escrow immediately), because she is in the middle of a divorce and needs to vacate her present residence as soon as possible.  Her agent has indicated that if she cannot purchase this residence according to the timetable that ARG initially contemplated, she will look at other options, including the possibility of buying a different house in order to be able to move in immediately.  In view of the current economic climate, if we lose this buyer, I do not know how long it may take to find another buyer, and it is very possible that the ultimate sale price for a different buyer might be less than the price agreed upon with ARG's present buyer.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this Declaration was executed on September 27, 2010, at Roseville, CA.

                                                    /S/ Laura Hesse
                                                  Laura Hesse

Trustee's Deed Upon Sale
Page 1
Recording requested by:
When recorded mail to:

ACCELERATED REALTY GROUP, INC
4120 DOUGLAS BLVD #306-275
GRANITE BAY 95746

El Dorado, County Recorder
William Schultz Co Recorder Office
DOC- 2010-0038446-00
Check Number  1033
Friday, AUG 20, 2010 11:58:33
Ttl Pd  $607.60           Nbr-0001282358
                             DRW/C1/1-2

Forward tax statements to the address given above

Space above this line for recorders use

TS # CA-08-195771-ED           Order # E850551

Investor No. 5304375958

## Trustee's Deed Upon Sale

A.P.N.: 113-450-26-100                         Transfer Tax: $589.60

The undersigned grantor declares:
The grantee herein **WASN'T** the foreclosing beneficiary.
The amount of the unpaid debt together with costs was:     $1,191,527.97
The amount paid by the grantee at the trustee sale was:    $536,000.00
The documentary transfer tax is:                           None
Said property is in the City of: EL DORADO HILLS, County of EL DORADO, Unicorporated area

**QUALITY LOAN SERVICE CORPORATION**, as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby **GRANT** and **CONVEY** to  **ACCELERATED REALTY GROUP, INC.**

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of EL DORADO, State of California, described as follows:

**LOT 200 AS SHOWN ON THE OFFICIAL MAP OF "HIGHLAND VIEW UNIT 5", FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY ON NOVEMBER 13, 2000, IN MAP BOOK 1, PAGE 81. A CERTIFICATE OF CORRECTION WAS RECOREDED FEBRUARY 25, 2003, AS INSTRUMENT NO. 2003-0018768.**

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by **MARINA L WEAHUNT, AN UNMARRIED WOMAN**, as trustor, dated **4/25/2007**, and recorded on **5/9/2007** as instrument number **2007-0031444-00**, in Book **xxx**, Page **xxx** of Official Records in the office of the Recorder of **EL DORADO**, California, under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed trustee, default having occurred under the Deed of Trust pursuant to the Notice of Breach and Election to Sell under the Deed of Trust recorded on **9/3/2008**, instrument no **08-43217**, Book **xxx**, Page **xxx**, of Official records. Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b

EXHIBIT A

Trustee's Deed Upon Sale
Page 2

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the office of the Recorder of said County.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of Sale have been complied with.

Said property was sold by said Trustee at public auction on **8/4/2010** at the place named in the Notice of Sale, in the County of **EL DORADO,** California, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said trustee the amount being **$536,000.00** in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

Date: 8/11/10

**QUALITY LOAN SERVICE CORPORATION**

By: *Rochelle Matkin*

Rochelle Matkin, Assistant Vice President.

State of California )
County of San Diego)

On 8/11/2010 before me, **Sharina L. Guzman,** a notary public, personally appeared **Rochelle Matkin**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
Sharina L. Guzman

SHARINA L. GUZMAN
Commission # 1820561
Notary Public - California
San Diego County
My Comm. Expires Oct 28, 2012

THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

08/20/2010, 20100038446

EXHIBIT A

3004 Aberdeen

○ Trustee Sale   ○ Sale of Collateral   ○ Trustor Payment

☎ 714.247.7500   ✉ P.O. Box 16697, Irvine, CA 92623   www.lpsasap.com   ☎ Sales Status 714.730.2727

| ASAP NO. | T.S. NO. | DATE |
|---|---|---|
| 3693785 | 0108157771 00 | 8-4-10 |

| TRUSTEE | ATTN: | TRUSTEE'S PHONE # |
|---|---|---|
| Quality Loans | Reck Grp. Dept. | 619-645-7711 |

TRUSTEE'S ADDRESS: 2141 5th Ave
CITY: San Diego   STATE: CA   ZIP: 92101

Cathy ext 3953

## RECEIPT OF FUNDS

| # | CHECK(S) | DRAWN AT | AMOUNT |
|---|---|---|---|
| 1. | 6356502864 / 6356502865 | Wells Fargo Bank | $100,000.00 / 100,000.00 |
| 2. | 6356502866 / 6356502829 | " | $100,000.00 / 100,000.00 |
| 3. | 6356502821 / 6356502843 | " | $100,000.00 / 25,000.00 |
| 4. | 6356502752 / 6356502504 | " | $10,000.00 / 1,000.00 |
| 5. | | | $ |
| | | CASH RECEIVED | $ |

SEE PAGE 2 FOR MORE IF MORE THAN 5 CHECKS

TOTAL RECEIVED = $536,000.00

| AMOUNT OF TOTAL BID | $536,000.00 |
| ADD DOCUMENT TAX & FEES | $ 0 |
| TOTAL REQUIRED = | $536,000.00 |

| FROM ABOVE ENTER TOTAL RECEIVED | $536,000.00 |
| SUBTRACT TOTAL REQUIRED | $536,000.00 |
| TOTAL REFUND = | $ 0 |

## REFUND

| NAME | PHONE # |
| ADDRESS | N/A |
| CITY | STATE | ZIP |
| MAKE CHECK PAYABLE TO | |

## BUYER'S INFORMATION

REPRESENTATIVE'S NAME:    REP.'S PHONE #:
BUYER'S NAME: Doug Pautsch    BUYER'S PHONE #: 916-765-4224
ADDRESS: 4120 Douglas Blvd. #306-275   DRIVERS LIC/PASSPORT #: V8142565 CA
CITY: Granite Bay   STATE: CA   ZIP: 95746
VESTING - RECORD TITLE AS SHOWN: Accelerated Realty Group, Inc.
Mail Unrecorded Trustee's Deed to: 4180 Douglas Blvd #306-275 Granite Bay CA. 95746
Vestee Relationship (Buyer, Buyers Agent): Buyer

## CHECKLIST

❶ Are all checks endorsed?
❷ Do you have all signatures?

EXHIBIT B



```
El Dorado, County Recorder
William Schultz Co Recorder Office
DOC- 2010-0038114-00
Check Number  98
Wednesday, AUG 18, 2010 15:55:23
Ttl Pd    $21.00         Nbr-0001281880
                              KMV/C1/1-3
```

**RECORDING REQUESTED BY**
**MAIL TO**
Marina L Weahunt
Pro Se
P.O. Box 1741
Beverly Hills, CA 90213

## DISTRICT COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF EL DORADO

| | |
|---|---|
| MARINA L WEAHUNT, an individual, ) | CASE: 2:10-CV-02122-MCE-KJM |
| ) | |
| Plaintiff, ) | |
| ) | NOTICE OF LIS PENDENS |
| v.   ) | AND NOTICE OF ACTION |
| ) | PENDING |
| MORTGAGEIT, INC and DOES 1   ) | |
| through 10 Inclusive   ) | [C.C.P. §405 et seq.] |
| ) | |
| Defendant,   ) | |
| ) | |

NOTICE IS HEREBY GIVEN that MARINA L WEAHUNT v. MORTGAGEIT, INC will be commencing in the DISTRICT COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF EL DORADO.

The action involves claims against the above name Defendant in regards to violations in the closing documents, loan documents and closing procedures and it is further alleged that there has been possible fraud committed against MARNIA L WEAHUNT by MORTGAGEIT, INC representatives in withholding FULL DISCLOSURE at the signing of closing documents and that it appears fraud in the factum has been committed against them regarding their signing the mortgage note and Deed of Trust on property situated in EL DORADO COUNTY, CALIFORNIA and described as follows: 3004 ABERDEEN LANE, EL DORADO HILLS, CALIFORNIA (Property). The property is more particularly described as:

LOT 200 OF HIGHLAND VIEW UNIT5, IN THE CITY OF THE DEED RECORDS OF EL DORADO COUNTY

1

EXHIBIT C

038114
017814

**ORDER NO. : 2015005437-JC**

# EXHIBIT A

The land referred to is situated in the unincorporated area of the County of El Dorado, State of California, and is described as follows:

Lot 200 as shown on the Official Map of "Highland View Unit 5", filed in the office of the County Recorder of said County on November 13, 2000, in Map Book I, Page 81. A Certificate of Correction was recorded February 25, 2003, as Instrument No. 2003-0018768.

APN: 126-440-26-100


03/16/2007 20070017814

Page 1 of 1

EXHIBIT C

The action is for possible FRAUD and other serious violations.

*[Signature: MARINA L WEAHUNT]*

## ACKNOWLEDGMENT

STATE OF CALIFORNIA }
COUNTY OF EL DORADO } ss.

On the 5 day of August, 2010 before me, the ~~undersigned~~ *Dolores Lyons* Notary Public, personally appeared MARINA L WEAHUNT who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this instrument and acknowledge to me that he is the person that executed this instrument. I certify under PENALTY OF PERJURY under the laws of the STATE OF CALIFORNIA that the foregoing paragraph is true and correct.

WITNESS by my hand and official seal.

*[Signature]*
Signature of Notary Public

SEAL
DOLORES LYONS
COMM. # 1753960
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
MY COMM. EXP. JULY 24, 2011

08/18/2010, 20100038114

EXHIBIT C

DocuSign Envelope ID: E9E81E2A-4D83-43DD-B5F9-D7ABAEEFC612

**ASSOCIATION OF REALTORS®**

**COUNTER OFFER No. 1**
For use by Seller or Buyer. May be used for Multiple Counter Offer.
(C.A.R. Form CO, Revised 10/04)

Date __August 25, 2010__, at __ROSEVILLE__, California.
This is a counter offer to the: [X] California Residential Purchase Agreement, [ ] Counter Offer, or [ ] Other _____ ("Offer"),
dated __August 24, 2010__, on property known as __3004 ABERDEEN LN., EDH 95762__ ("Property"),
between __PEARL SETO__ ("Buyer") and
__ACCELERATED REALTY GROUP__ ("Seller").

1. **TERMS:** The terms and conditions of the above referenced document are accepted subject to the following:
   A. Paragraphs in the Offer that require initials by all parties, but are not initialed by all parties, are excluded from the final agreement unless specifically referenced for inclusion in paragraph 1C of this or another Counter Offer.
   B. Unless otherwise agreed in writing, down payment and loan amount(s) will be adjusted in the same proportion as in the original Offer.
   C. 1. SELLER MAKES THIS COUNTER OFFER SUBJECT TO THE REQUIRED USE OF PRIME LENDING FOR SAID FINACING.
   2. CLOSE OF ESCROW SHALL BE NO SOONER THAN SEPT. 25TH, 2010 AND NO LATER THAN OCT. 6TH, 2010 PENDING THE TENANTS LEGAL RIGHTS TO OCCUPY SAID HOME. (TENANT IS CURRENTLY IN ESCROW ON ANOTHER HOME AND IS SCHEDULED TO CLOSE AND MOVE OUT ON 9/20.)
   3. PER PG.2 SEC. D6 SELLER TO PAY FOR BUYER'S HOME WARRANTY NOT TO EXCEED $550.00
   4. ALL OTHER TERMS AND CONDITIONS TO REMAIN THE SAME.
   D. The following attached supplements are incorporated into this Counter Offer: [ ] Addendum No. _____

2. **RIGHT TO ACCEPT OTHER OFFERS:** Seller has the right to continue to offer the Property for sale or for other transaction, and to accept any other offer at any time prior to notification of acceptance, as described in paragraph 3. If this is a Seller Counter Offer, Seller's acceptance of another offer prior to Buyer's acceptance and communication of notification of this Counter Offer, shall revoke this Counter Offer.

3. **EXPIRATION:** This Counter Offer shall be deemed revoked and the deposits, if any, shall be returned unless this Counter Offer is signed by the Buyer or Seller to whom it is sent and a Copy of the signed Counter Offer is personally received by the person making this Counter Offer or _____, who is authorized to receive it, by 5:00 PM on the third Day After this Counter Offer is made or, (if checked) by [ ] _____ (date), at _____ [ ] AM [ ] PM. This Counter Offer may be executed in counterparts.

4. [ ] **(If checked:) MULTIPLE COUNTER OFFER:** Seller is making a Counter Offer(s) to another prospective buyer(s) on terms that may or may not be the same as in this Counter Offer. Acceptance of this Counter Offer by Buyer shall **not** be binding unless and until it is subsequently re-Signed by Seller in paragraph 7 below and a Copy of the Counter Offer Signed in paragraph 7 is personally received by Buyer or by _____, who is authorized to receive it, by 5:00PM on the third Day after this Counter Offer is made or, (if checked) by [ ] _____ (date), at _____ [ ] AM [ ] PM. Prior to the completion of all of these events, Buyer and Seller shall have no duties or obligations for the purchase or sale of the Property.

5. **OFFER:** [ ] BUYER OR [X] SELLER MAKES THIS COUNTER OFFER ON THE TERMS ABOVE AND ACKNOWLEDGES RECEIPT OF A COPY.
   _Accelerated Realty Group Inc. by Jack Hood_ Date __08/25/2010__
   ACCELERATED REALTY GROUP
   DocuSigned By: Accelerated Realty Group Inc. by Jack Hood  Date _____

6. **ACCEPTANCE:** I/WE accept the above Counter Offer (If checked [ ] SUBJECT TO THE ATTACHED COUNTER OFFER) and acknowledge receipt of a Copy. _Pearl S__ Date __8/26/10__ Time _____ [ ] AM [ ] PM
   _____ Date _____ Time _____ [ ] AM [ ] PM

7. **MULTIPLE COUNTER OFFER SIGNATURE LINE:** By signing below, Seller accepts this Multiple Counter Offer.
   NOTE TO SELLER: Do NOT sign in this box until after Buyer signs in paragraph 6. (Paragraph 7 applies only if paragraph 4 is checked.)
   _____ Date _____ Time _____ [ ] AM [ ] PM
   _____ Date _____ Time _____ [ ] AM [ ] PM

8. ( _____ / _____ ) (Initials) **Confirmation of Acceptance:** A Copy of Signed Acceptance was personally received by the maker of the Counter Offer, or that person's authorized agent as specified in paragraph 3 (or, if this is a Multiple Counter Offer, the Buyer or Buyer's authorized agent as specified in paragraph 4) on (date) _____, at _____ [ ] AM [ ] PM. A binding Agreement is created when a Copy of Signed Acceptance is personally received by the the maker of the Counter Offer, or that person's authorized agent (or, if this is a Multiple Counter Offer, the Buyer or Buyer's authorized agent) whether or not confirmed in this document. Completion of this confirmation is not legally required in order to create a binding Agreement; it is solely intended to evidence the date that Confirmation of Acceptance has occurred.

The copyright laws of the United States (Title 17 U.S. Code) forbid the unauthorized reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. Copyright © 1986-2004, CALIFORNIA ASSOCIATION OF REALTORS®, INC. ALL RIGHTS RESERVED.
THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS® (C.A.R.). NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ADEQUACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.
This form is available for use by the entire real estate industry. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, INC.
a subsidiary of the California Association of REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020

Reviewed by _____ Date _____

CO REVISED 10/04 (PAGE 1 OF 1)

**COUNTER OFFER (CO PAGE 1 OF 1)**

Agent: Jon Hesse   Phone: 530.305.2914   Fax:   Prepared using zipForm® software
Broker: Accelerated Realty Group 4120 Douglas Blvd. Suite 306-275 Granite Bay, CA 95746

**EXHIBIT D**