**HUGHES & PRITCHARD, LLP**
Gregory J. Hughes  # 071288
Christopher D. Hughes  # 254864
3017 Douglas Boulevard, Suite 300
Roseville, California 95661
Telephone (916) 774-7506
Facsimile (916) 791-1644
hp@hp-llp.com

Attorneys for Accelerated Realty Group, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MARINA L. WEAHUNT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MORTGAGEIT, INC. and DOES 1 through 10, inclusive<br><br>Defendants | Case No.: 2:10-CV-02122-MCE-KJM<br><br>**DECLARATION OF GREGORY J. HUGHES IN SUPPORT OF MOTION OF ACCELERATED REALTY GROUP TO INTERVENE AND TO EXPUNGE LIS PENDENS**<br><br>DATE:         October 13, 2010<br>TIME:         10:00 am<br>COURTROOM: 26 |

I, Gregory J. Hughes, state:

1.    I am an attorney at law, admitted to practice in the State of California and the U.S. District Court for the Eastern District of California.  I am the attorney of record for Accelerated Realty Group, Inc. (ARG), and have personal knowledge of the matters stated herein.  If called upon to testify to such matters, I could competently do so.

2.    On September 17, 2010, I was contacted by Laura Hesse, Vice President of Acquisitions of ARG.  She needed an attorney to obtain an expungement of a lis pendens of

certain property which ARG had acquired at a trustee sale.  Ms. Hesse and I reached agreement on the terms of an agreement for retention of Hughes & Pritchard LLP to represent ARG for the purpose of obtaining clear title to the property covered by the lis pendens.

3. After some research and review of the relevant documents, I determined that the lis pendens in question had been improperly recorded, in that it had neither an attorney's signature nor the approval of a judge.  Although California CCP § 405.21 prohibits the recordation of a lis pendens that is not signed by an attorney of record or approved by a judge, the El Dorado County Recorder's Office had mistakenly recorded the lis pendens.  Rather than pursue what might be an unnecessary motion to expunge the lis pendens, I contacted the El Dorado County Recorder's office to see if it saw the same problem I did.

4. After several phone calls, including three conversations with the County Counsel, I became convinced that El Dorado County was not going to take any action to remove the lis pendens.  While I was told that the document should not have been recorded, I was also told that there was nothing the Recorder's Office could do to rectify the situation.  The suggestion was made that the best solution might be to seek expungement of the lis pendens.

5. On September 23, 2010, after giving up on obtaining any relief from El Dorado County, I began work on a motion to expunge the lis pendens.  Following is a list of my services/hours related directly to the motion to expunge and related documents:

9/23—5.2 hours:  Preparation of motion to expunge (4.8); e-mail L. Hesse (.2); telephone conversation with L. Hesse (.2);

9/24—3.5 hours:  Preparation of motion to expunge lis pendens (2.3); preparation of declaration of L. Hesse (1.2)

9/27—2.1 hours:  telephone conversation with M. Casper (Judge Mueller's courtroom deputy) re procedures (.2); preparation of declaration of L. Hesse (.5); e-mails to and from L. Hesse re revisions to her declaration (.3); telephone conversation with L. Hesse re her declaration (.4); preparation of revisions to declaration (.5); meeting with L. Hesse re her declaration (.2)

9/28—1.5 hours:  Preparation of supporting pleadings for motion and order shortening time (1.5)

I have limited the listed time to that which directly related to the motion to expunge.  Thus, time spent in conversations with the El Dorado County Counsel, and research regarding another lawsuit filed by Plaintiff, regarding another property allegedly owned by her (as to which there is no indication of a recorded lis pendens), are not included.

      6.     The total of the above-listed time is 12.3 hours.  My normal hourly rate is $310.00.  Based on 12.3 hours of time, through September 28, 2010, at a rate of $310 per hour, I will bill ARG $3,813.00 for my services in connection with the motion to expunge.  Additional time will be billed for services rendered after September 28, 2010.

      7.     I graduated from U.C.L.A. School of law in 1976 and was thereafter employed for three years as a court law clerk/staff attorney for the Ninth Circuit Court of Appeals.  From 1979-1984, I was employed by Diepenbrock, Wulff, Plant and Hannegan, and from 1984-1991, I was an associate/shareholder of the law firm of Boyden Cooluris Hauser and Saxe.  From 1991 through June 1997, I was of-counsel/partner with the Sacramento office of Pillsbury Madison & Sutro, LLP.  From July, 1997 through December, 2003, I was a sole practitioner doing business as the Law Offices of Gregory J. Hughes.  Since January, 2004, I have been a partner with Hughes & Pritchard, LLP.  A majority of my thirty-one years in private practice has involved bankruptcy/commercial litigation in the federal courts.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this Declaration was executed on September 28, 2010, at Roseville, CA.

        /S/ Gregory J. Hughes
      Gregory J. Hughes

- 3