**HUGHES & PRITCHARD, LLP**
Gregory J. Hughes  # 071288
Christopher D. Hughes  # 254864
3017 Douglas Boulevard, Suite 300
Roseville, California 95661
Telephone (916) 774-7506
Facsimile (916) 791-1644
hp@hp-llp.com

Attorneys for Accelerated Realty Group, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MARINA L. WEAHUNT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MORTGAGEIT, INC. and DOES 1 through 10, inclusive<br><br>Defendants | Case No.: 2:10-CV-02122-MCE-KJM<br><br>**ORDER SHORTENING TIME ON MOTION OF ACCELERATED REALTY GROUP TO INTERVENE AND TO EXPUNGE LIS PENDENS** |

Upon due consideration of the application of Accelerated Realty Group, Inc. ("ARG") for an order shortening time, and good cause appearing therefor,

IT IS HEREBY ORDERED that the application for an order shortening time is granted. The hearing on ARG's Motion to intervene and to expunge lis pendens shall be set for October 6, 2010 at 10:00 am, in Courtroom 26 of the U.S. Courthouse, 501 I Street, Sacramento, California, before the Honorable Kimberly Mueller, provided that ARG serves Plaintiff Marina L. Weahunt

- 1

1 | by first class mail on or before October 1, 2010.  No written opposition will be required, and
2 | Plaintiff may present any opposition to the Motion at the time of the hearing.

Dated:  September 30, 2010.

_____
U.S. MAGISTRATE JUDGE