**HUGHES & PRITCHARD, LLP**
Gregory J. Hughes  # 071288
Christopher D. Hughes  # 254864
3017 Douglas Boulevard, Suite 300
Roseville, California 95661
Telephone (916) 774-7506
Facsimile (916) 791-1644
hp@hp-llp.com

Attorneys for Accelerated Realty Group, Inc.

## UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MARINA L. WEAHUNT, an individual,<br><br>                              Plaintiff,<br><br>v.<br><br>MORTGAGEIT, INC. and DOES 1 through 10, inclusive<br><br>                              Defendants | Case No.:  2:10-CV-02122-MCE-KJM<br><br>**ORDER GRANTING MOTION OF ACCELERATED REALTY GROUP TO INTERVENE AND TO EXPUNGE LIS PENDENS**<br><br>**DATE:**          October 6, 2010<br>**TIME:**          10:00 am<br>**COURTROOM:** 26 |

      The motion of Accelerated Realty Group, Inc. to intervene in the above-captioned case, and to expunge a lis pendens recorded by Plaintiff against property formerly owned by her, located at 3004 Aberdeen Lane, El Dorado Hills, CA, came on for hearing before the undersigned on October 6, 2010.  Appearances having been noted on the record, and good cause appearing therefor,

      IT IS HEREBY ORDERED that the motion is granted.  ARG is permitted to intervene as a party defendant.

IT IS HEREBY FURTHER ORDERED that the Notice of Action Pending, recorded as Document No. 2010-0038114-00 on August 18, 2010 in El Dorado County, California (hereinafter "the Lis Pendens"), is hereby ordered to be expunged, and is of no effect.   The real property affected by the expunged Lis Pendens is that certain real property at 3004 Aberdeen Lane, El Dorado Hills, CA, A.P.N. 126-440-26-100, located in El Dorado County, California, and legally described as follows:

> Lot 200 as shown on the Official Map of "Highland View Unit 5", filed in the office of the County Recorder of said County on November 13, 2000, in Map Book I, Page 81.  A Certificate of Correction was recorded February 25, 2003, as Instrument No. 2003-0018768.

IT IS HEREBY FURTHER ORDERED that the grounds for expungement of the Lis Pendens are the following:

(1) Plaintiff has failed to comply with the requirement of California Code of Civil Procedure (Calif. CCP) § 405.21 that a Notice of Action Pending must be signed by an attorney of record or approved by a judge;

(2) Plaintiff has failed to comply with the service, filing and recordation requirements of Calif. CCP §§ 405.22 and 405.23, rendering the Lis Pendens void and invalid;

(3) Plaintiff has failed to show by a preponderance of the evidence the probable validity of any real property claim that might be contained in her Petition, as required by Calif. CCP § 405.32.

IT IS HEREBY FURTHER ORDERED that ARG is awarded attorneys' fees in the amount of $3,813.00, payable by Plaintiff to ARG, pursuant to Calif. CCP §405.38.

Dated:  October 6, 2010.

_____
U.S. MAGISTRATE JUDGE