IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARINA WEAHUNT,

      Plaintiff,                    No. CIV S-10-2122 MCE KJM PS

   vs.

MORTGAGEIT, INC., et al.,

      Defendants.           <u>ORDER</u>

_____/

        On October 26, 2010, plaintiff filed a petition for bankruptcy in the United States Bankruptcy Court, Central District of California. <u>See</u> Docket No. 24, Ex. 1.  As plaintiff has not yet been discharged from bankruptcy, plaintiff's present claims are the property of the bankrupt estate and, absent an abandonment, may only be prosecuted by the trustee in bankruptcy.  There is no indication on the bankruptcy docket that these claims have been abandoned.  <u>See</u> Docket, U.S. Bank. Ct., C.D. Cal, Case No 8:10-bk-25153-TA.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  The hearing date of December 8, 2010 on defendant's motion to dismiss is vacated.

        2.  Defendant's motion to dismiss (Docket No. 12) is denied without prejudice.

/////

1   　　　　　3.  This action is stayed.  The Clerk of Court is directed to administratively close
2   this action.
3   DATED:  November 2, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

6   006
　   weahunt.bk