1  Marina L Weahunt
2  PO Box 1741
3  Beverly Hills, CA 90213



FILED
NOV 02 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Marina L Weahunt** <br> Plaintiff, <br><br> vs. <br><br> **MORTGAGEIT, INC,** <br> Defendant | Case # 2:10-CV-2122-MCE-KJM <br><br> **MOTION FOR EXTENSION OF TIME TO ANSWER** |

Date: November 2, 2010

10  Plaintiff requests a motion for extension of time to answer Defendants California Evidence Code

11  452 (h) filing. Plaintiff has found it difficult to properly address the issues at hand. Plaintiff,

12  being of Russian descent, has a language barrier problem and does not fully understand English.

13  Plaintiff requests a Russian translator. The Plaintiff is requesting 10 more days to prepare a

14  responsive pleading to Defendants motion to dismiss.

16  Respectfully,

18  Marina L Weahunt

RESPONSE TO RULE 12 MOTION  &  MOTIONS FOR SANCTIONS           1 of 2

25
26
27                         CERTIFICATE OF SERVICE
28   I, Marina L Weahunt, do swear and affirm that I have served a signed copy of this motion for
29   extension of time to any and all defendants by way of U.S.P.S. Certified mail # and return receipt
30   _____, Regular Mail, and via Facsimile to # **916-448-1709**.
31
32
33
34   Marina L Weahunt
35   PO Box 1741
36   Beverly Hills, CA 90213
37
38   The Person above, who proved to me on the basis of satisfactory evidence to be the person
39   whose name is subscribed to this document and acknowledged to me that he/she executed the
40   same in his authorized capacity and that by his signature on this instrument who is the person
41   who executed this instrument.
42   I certify under PENALTY OF PERJURY under the laws of this State that the foregoing
43   paragraph is true and correct.
44
45   Witness my hand and official seal.
46
47   _____          _____
48       **NOTARY PUBLIC IN AND FOR**                    **Notary Seal**
49       **THE STATE OF CALIFORNIA**
50